UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WINDY HARRIS-ROGERS, | ) | **JUDGMENT** |
| Plaintiff | ) | |
| | ) | No. 5:09-CV-78-JG |
| v. | ) | |
| | ) | |
| FERGUSON ENTERPRISES, | ) | |
| INC., CHRISTINE TINGEN, | ) | |
| TERRI HOLLOWELL and | ) | |
| SHARON COOPER, | ) | |
| Defendants. | ) | |

**Decision by Court.**
**This case came before the Honorable James E. Gates, United States Magistrate Judge for consideration of the defendants motion for summary judgment.**

**IT IS ORDERED, ADJUDGED AND DECREED the defendants' motion for summary judgment is granted.**

**IT IS FURTHER ORDERED that judgment is entered dismissing this case with prejudice. Plaintiff shall have and recover nothing of the defendants.**

This Judgment Filed and Entered on September 26, 2011with service on:

Windy Harris-Rogers (via U.S. Mail) 620 Hanska Way, Raleigh, NC 27610
Christopher A. Page ( via cm/ecf notification)

Date: September 26, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk